# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                               Case No.: 1:21–cr–00279
                                      Honorable Franklin U. Valderrama

Patrick D. Thompson

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

      MINUTE Entry before the Honorable Franklin U. Valderrama as to Patrick D. Thompson: Pursuant to the Dirksen Courthouse's ongoing COVID–19 protocols and corresponding trial management, the courthouse trial management task force has reset the trial start date in this matter from 02/01/2022 to 02/04/2022. Accordingly, trial in this matter is set for 02/04/2022 and will begin at 9:00 a.m. Trial will take place in Courtroom 2303. All other dates are to stand. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.