# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                            Case No.: 1:21−cr−00279
                                            Honorable Franklin U. Valderrama

Patrick D. Thompson

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 11, 2022:

      MINUTE Entry before the Honorable Franklin U. Valderrama as to Patrick D. Thompson: Jury trial held on 02/11/2022. Government rested. After the Government rested, the Court heard oral argument on Defendant's Motion for Judgment of Acquittal or, in the Alternative, Certain Jury Instructions on Count I and Count II [124], the Court denied Defendant's motion without prejudice. Defendant rested, and evidence concluded. Trial continued to 02/14/2022 at 9:15 a.m. in Courtroom 2541. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.