# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                  Case No.: 1:21−cr−00279
                                                         Honorable Franklin U. Valderrama

Patrick D. Thompson

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 14, 2022:

      MINUTE Entry before the Honorable Franklin U. Valderrama as to Patrick D. Thompson: Jury trial held on 02/14/2022. Jury instructions provided to jury. Jury deliberations began and concluded. The jury returns a verdict of guilty as to Counts I, II, III, IV, V, VI, and VII of the Indictment. The Court enters a judgment of guilty on the verdict as to Counts I, II, III, IV, V, VI, and VII. Jury trial concluded. The Court granted Defendant's unopposed oral motion for extension of time to file post−trial motions. Defendant's post−trial motions, if any, are due 03/30/2022. The Government's responses are due 04/20/2022, and Defendant's replies are due 05/04/2022. The Court sets a sentencing hearing for 07/06/2022 at 10:00 a.m. in Courtroom 1219. The Court will confirm whether the sentencing hearing will be in−person or via videoconference closer to the hearing. The case is referred to the Probation Office for a presentence investigation report. The presentence report, including a sentencing recommendation, is due by 05/16/2022. The parties' sentencing memoranda and objections to the presentence report are due by 06/06/2022. Any responses are due by 06/13/2022. Same bond conditions to stand. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.