UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 21 CR 279 |
| | ) | |
| PATRICK D. THOMPSON, | ) | Judge Valderrama |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN**

The court entered judgment in favor of the United States of America and against defendant Patrick D. Thompson. The judgment for $60,740.68 has been satisfied. The lien recorded at the Berrien County Recorder's Office as document number 2022363315 on September 26, 2022 is hereby released.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Linda A. Wawzenski
    LINDA A. WAWZENSKI
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-353-1994
    linda.wawzenski@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Patrick Thompson
3536 S Lowe Avenue
Chicago, Illinois 60609

By: s/ Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-353-1994
linda.wawzenski@usdoj.gov